IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**SHAMAR W. MONTGOMERY,**

      **Plaintiff,**

vs.

      Case No.: 2:20-cv-842
      **JUDGE GEORGE C. SMITH**
      **Magistrate Judge Jolson**

**JUDY LYNCH,** *et al.*,

      **Defendants.**

## ORDER

On February 27, 2020, the United States Magistrate Judge issued a *Report and Recommendation and Order* recommending that Plaintiff's Motion for Leave to Proceed *in forma pauperis* be granted and that Plaintiff's Complaint be dismissed. (*See Report and Recommendation and Order*, Doc. 6). The parties were advised of their right to object to the *Report and Recommendation and Order* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation and Order*.

The *Report and Recommendation and Order* is hereby **ADOPTED** and **AFFIRMED.** Plaintiff's Complaint is hereby dismissed for failure to state a plausible claim for relief.

The Clerk shall remove Document 6 from the Court's pending motions list and close this case.

      **IT IS SO ORDERED**.

      */s/ George C. Smith*
      **GEORGE C. SMITH, JUDGE**
      **UNITED STATES DISTRICT COURT**